```
Jonathan A. Stieglitz, Esq.
THE LAW OFFICES OF JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
(323) 979-2063
jonathan.a.stieglitz@gmail.com
Attorneys for Plaintiff

Eric E. Suits, Esq.
SEYFARTH SHAW LLP
400 Capital Mall, Suite 2350
Sacramento, CA 95814
(916) 448-0159
esuits@seyfarth.com
Attorneys for Defendant
```

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JACQUELINE CONANT,<br><br>   Plaintiff,<br><br>   v.<br><br>VERIFIED FIRST, LLC,<br><br>   Defendant. | Case No. 5:22-cv-01712-JFW-MRWx<br><br>[~~PROPOSED~~]<br>[~~XXXXXXXX~~]<br>DISMISSAL ORDER |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 10, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **5:22-cv-01712-JFW-MRW**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** ___23rd___ **day of** ___February___, 2023.

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE